```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                                                            :
            -v-                                             :         18-CR-390 (PAE)
                                                            :
MAURICE HARTLEY, et al.,                                    :         SCHEDULING ORDER
                                                            :
                        Defendants.                         :
                                                            :
------------------------------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/11/2018
```

PAUL A. ENGELMAYER, United States District Judge:

For the reasons stated on the record at last week's conference, the Court hereby sets the following schedule and deadlines:

- The Government shall notify the Court and defense counsel of its intentions as to pursuing any superseding indictment no later than **September 10, 2018.**

- The Government shall file any superseding indictment no later than **October 3, 2018.**

- The next conference in this matter is scheduled for **October 3, 2018** at **10:00 a.m.** in **Courtroom 506** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York.

- A trial is scheduled to begin, limited to defendant Tia Jasper, assuming that she is indicted, on **November 26, 2018.**

- Trial for all other defendants is scheduled to begin on **January 28, 2019.**

- To accommodate any defendants whose counsel presently has a

preclusive trial conflict affecting the January 28, 2019 trial, or who are subject to a superseding indictment which the Court may determine warrants a later trial date, a second trial in this matter is scheduled to begin on **April 1, 2019.**

- Time is excluded, pursuant to 18 U.S.C. § 3161(h)(7)(A), until January 28, 2019.

SO ORDERED.

Dated: June 11, 2018
New York, New York

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge