UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA

- v. -

RONALD BEASLEY,

              Defendant.

------------------------------------x

**ORDER**

18-CR-390-05 (PAE)

For the reasons stated on the record at the proceeding held on September 5, 2025, the Court hereby modifies defendant Ronald Beasley's supervised release as follows:

1. The defendant shall be monitored by the form of GPS monitoring. The defendant must pay all or part of the costs of participation in the location monitoring program as directed by the Court and the Probation Office.

2. The aforementioned location monitoring technology shall be utilized to monitor the following restrictions on the defendant's movement in the community as well as other court-imposed conditions of release: The defendant is restricted to his residence at all times except for employment; education; religious services; medical, substance use disorder, or mental health treatment; attorney visits; court appearances; court-ordered obligations; and other activities as preapproved by the Probation Office.

Dated:    New York, New York
           September 8, 2025

*Paul A. Engelmayer*
THE HONORABLE PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE