**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

September 30, 2026

**BY ECF**

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**Re: *United States v. Ronald Beasley*, 18 Cr. 390 (PAE)**

Dear Judge Engelmayer:

The Government writes on behalf of both parties to update the Court on the status of Ronald Beasley's state court case and to respectfully request that the status conference scheduled for October 1, 2026, at 11:00 a.m., be adjourned to a date on or after November 18, 2026.

As the Court is aware, Mr. Beasley has been on supervised release since July 3, 2024. On August 19, 2025, the United States Probation Office issued a violation report alleging three violations of supervised release, including criminal possession of a controlled substance in the third degree, in violation of New York Penal Law § 220.16. This violation stemmed from Mr. Beasley's June 2025 arrest by the New York City Police Department. Mr. Beasley is not currently in custody.

Mr. Beasley's state case has been set for a hearing on certain Mapp/Dunaway issues to be followed directly by trial on November 12, 2026. Accordingly, the parties jointly request that the status conference scheduled for October 1, 2026 be adjourned to a date on or after November 18, 2026. Following the trial in Mr. Beasley's state case, which concerns the same conduct, the parties believe that they will be in a position to either resolve the specifications or set a hearing date for the alleged violations of supervised release before this Court.

The Government has conferred with United States Probation Officer Noah Joseph who has confirmed that Mr. Beasley has been compliant with location monitoring and has no issues to report.

The parties thank the Court for its consideration of this request.

Respectfully submitted,

JAY CLAYTON
United States Attorney

by: _______________________________
Ariel Cohen
Assistant United States Attorney
(212) 637-2416

cc: Xavier Donaldson, Esq. (by ECF)
Noah Joseph, USPO (by email)

**GRANTED.** The Court adjourns the hearing to Friday, November 20, 2026, at 11:00 a.m. The Clerk of Court is requested to terminate the motion at Dkt. No. 673.

9/30/2026

SO ORDERED.

_______________________________
PAUL A. ENGELMAYER
United States District Judge